UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNA JEAN HEINRICHS-WALTERS,

    Plaintiff,

vs.                              Case No. 8:11-cv-01662-T-27AEP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 16) of the Magistrate Judge recommending that the decision of the Commissioner of Social Security be affirmed. Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation (Dkt. 16) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) The decision of the Commissioner of Social Security is **AFFIRMED**.

(3) The Clerk is directed to enter final judgment in favor of Defendant pursuant to 42 U.S.C. § 405(g).

(4) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this 6th day of September, 2012.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to: Counsel of record